IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDY ELLIS WILLIAMS                                                                        PLAINTIFF

v.                                    Case No. 4:23-cv-4061

PUBLIC DEFENDER JASON MITCHELL;
PUBLIC DEFENDER JOHN PICKETT; and
PROSECUTING ATTORNEY DAVID P. COTTEN                                  DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed August 29, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Comstock recommends that Plaintiff's complaint (ECF No. 1) be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED**, this 4th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge